UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| KIMBERLY GEE,<br><br>                                    Plaintiff,<br><br>v.<br><br>STAFFING SOLUTIONS ORGANIZATION, LLC,<br><br>                                    Defendant. | Case No.: 1:22-cv-00972 |

### STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

IT IS HERBEY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for all the parties to the above captioned action, that whereas no party hereto is an infant or incompetent, the above-captioned action be, and the same hereby is, dismissed in its entirety with prejudice, without costs, attorneys' fees, expenses or disbursements to any party as against another, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.  This stipulation may be filed without further notice with the Clerk of the Court.

| | |
|---|---|
| **DATED:** October 31, 2024 | **DATED:** October 31, 2024 |
| *DEFENDANT*<br>*STAFFING SOLUTIONS ORGANIZATION, LLC* | *PLAINTIFF*<br>*KIMBERLY GEE* |
| By:  /s/ Kristi Rich Winters<br>       Kristi Rich Winters, Esq.<br>       JACKSON LEWIS P.C.<br>       677 Broadway, 9th Floor<br>       Albany, NY 12207<br>       T: 518-512-8700<br>       kristi.winters@jacksonlewis.com | By:  /s/ Harvey P. Sanders<br>       Harvey P. Sanders, Esq.<br>       SANDERS & SANDERS<br>       401 Maryvale Drive<br>       Cheektowaga, NY 14225<br>       T: 716-839-1489 ext. 304<br>       harvey.sanders@wnyemploymentlaw.com |
| | SO ORDERED: |
| Dated: _____, 2024 | By: _____ |

## **CERTIFICATION OF SERVICE**

      I hereby certify that on October 31, 2024, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF System.

                                                      */s/ Kristi Rich Winters*
                                                      Kristi Rich Winters